# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **GEOTAG, INC.** | § | |
| | § | |
| *Plaintiff*, | § | C.A. NO. 2:10-cv-00570 (TJW) |
| | § | |
| v. | § | |
| | § | |
| **AROMATIQUE, INC.,** *et al.* | § | **JURY TRIAL DEMANDED** |
| | § | |
| *Defendants*. | § | |
| | § | |

## CHRISTIAN DIOR PERFUMES, LLC'S
## CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Christian Dior Perfumes, LLC ("Christian Dior Perfumes") hereby advises the Court as follows:

Christian Dior Perfumes is a limited liability company wholly owned by LVMH Perfumes and Cosmetics, Inc. ("LVMHPC"), a private corporation. LVMHPC is wholly owned by Parfums Christian Dior S.A., a foreign company.

Dated: March 21, 2011

Respectfully submitted,

/s/ Avelyn M. Ross
Willem G. Schuurman (TX Bar No. 17855200)
Avelyn M. Ross (TX Bar No. 24027871)
VINSON & ELKINS LLP
2801 Via Fortuna, Suite 100
Austin, Texas 78746-7568
Tel: (512) 542-8400
Fax: (512) 236-3218
bschuurman@velaw.com
aross@velaw.com

Scott W. Breedlove (TX Bar No. 00790361)
Srinivas G. Pathmanaban (TX Bar No. 24074865)
VINSON & ELKINS LLP
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201-2975
Tel:  (214) 220-7700
Fax: (214) 999-7993
sbreedlove@velaw.com
gpathmanaban@velaw.com

***Attorneys for Christian Dior Perfumes, LLC***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on March 21, 2011.  Any other counsel of record will be served by first class mail on this same date.

/s/ Avelyn M. Ross