IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| GEOTAG, INC. § | |
| § | Civil Action No. 2:10-cv-570-TJW |
| v. § | |
| § | JURY |
| AROMATIQUE, INC.; et al. § | |

**DEFENDANT BROOKSTONE COMPANY, INC.'S ANSWER TO
PLAINTIFF'S AMENDED COMPLAINT FOR PATENT INFRINGEMENT,
AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS**

Defendant Brookstone Company, Inc. ("Brookstone") answers the allegations in Plaintiff GeoTag, Inc.'s ("Plaintiff" or "GeoTag") Amended Complaint For Patent Infringement ("Amended Complaint") as follows, denying Plaintiff's allegations and averments except that which is expressly admitted herein:

**PARTIES**

1. Brookstone is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 1 of the Amended Complaint, and therefore denies them.

2. Brookstone is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 2 of the Amended Complaint, and therefore denies them.

3. Brookstone is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 3 of the Amended Complaint, and therefore denies them.

4. Brookstone is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 4 of the Amended Complaint, and therefore denies them.

5. Brookstone is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 5 of the Amended Complaint, and therefore denies them.

6. Brookstone is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 6 of the Amended Complaint, and therefore denies them.

7. Brookstone is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 7 of the Amended Complaint, and therefore denies them.

8. Brookstone is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 8 of the Amended Complaint, and therefore denies them.

9. Brookstone is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 9 of the Amended Complaint, and therefore denies them.

10. Brookstone is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 10 of the Amended Complaint, and therefore denies them.

11. Brookstone is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 11 of the Amended Complaint, and therefore denies them.

12. Brookstone admits that it has a place of business in Merrimack, New Hampshire. To the extent any other allegations or averments are contained within paragraph 12, they are denied.

13. Brookstone is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 13 of the Amended Complaint, and therefore denies them.

14. Brookstone is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 14 of the Amended Complaint, and therefore denies them.

15. Brookstone is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 15 of the Amended Complaint, and therefore denies them.

16. Brookstone is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 16 of the Amended Complaint, and therefore denies them.

17. Brookstone is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 17 of the Amended Complaint, and therefore denies them.

18. Brookstone is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 18 of the Amended Complaint, and therefore denies them.

19. Brookstone is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 19 of the Amended Complaint, and therefore denies them.

20. Brookstone is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 20 of the Amended Complaint, and therefore denies them.

21. Brookstone is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 21 of the Amended Complaint, and therefore denies them.

22. Brookstone is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 22 of the Amended Complaint, and therefore denies them.

23. Brookstone is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 23 of the Amended Complaint, and therefore denies them.

24. Brookstone is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 24 of the Amended Complaint, and therefore denies them.

25. Brookstone is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 25 of the Amended Complaint, and therefore denies them.

26. Brookstone is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 26 of the Amended Complaint, and therefore denies them.

27. Brookstone is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 27 of the Amended Complaint, and therefore denies them.

28. Brookstone is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 28 of the Amended Complaint, and therefore denies them.

29. Brookstone is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 29 of the Amended Complaint, and therefore denies them.

30. Brookstone is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 30 of the Amended Complaint, and therefore denies them.

31. Brookstone is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 31 of the Amended Complaint, and therefore denies them.

32. Brookstone is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 32 of the Amended Complaint, and therefore denies them.

33. Brookstone is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 33 of the Amended Complaint, and therefore denies them.

34. Brookstone is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 34 of the Amended Complaint, and therefore denies them.

35. Brookstone is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 35 of the Amended Complaint, and therefore denies them.

36. Brookstone is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 36 of the Amended Complaint, and therefore denies them.

37. Brookstone is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 37 of the Amended Complaint, and therefore denies them.

38. Brookstone is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 38 of the Amended Complaint, and therefore denies them.

39. Brookstone is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 39 of the Amended Complaint, and therefore denies them.

40. Brookstone is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 40 of the Amended Complaint, and therefore denies them.

41. Brookstone is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 41 of the Amended Complaint, and therefore denies them.

42. Brookstone is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 42 of the Amended Complaint, and therefore denies them.

43. Brookstone is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 43 of the Amended Complaint, and therefore denies them.

44. Brookstone is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 44 of the Amended Complaint, and therefore denies them.

45. Brookstone is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 45 of the Amended Complaint, and therefore denies them.

46. Brookstone is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 46 of the Amended Complaint, and therefore denies them.

47. Brookstone is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 47 of the Amended Complaint, and therefore denies them.

## JURISDICTION AND VENUE

1. Brookstone admits that the Amended Complaint makes allegations arising under the United States patent laws, and that this Court has subject matter jurisdiction over patent law claims. For purposes of this action only, Brookstone does not contest the Court's exercise of personal jurisdiction. Brookstone denies any and all alleged infringement. To the extent that there are other allegations and/or averments pertaining to Brookstone in paragraph 1, they are denied. To the extent the allegations of paragraph 1 are directed at the other named defendants,

Brookstone lacks sufficient knowledge or information to form a belief as to the truth of the allegations and therefore denies them.

2.      Brookstone admits that venue is proper in the Eastern District of Texas for purposes of this particular action only. However, Brookstone disputes that venue is more proper or more convenient here than in other jurisdictions, and it reserves the right to seek transfer of this case to another jurisdiction pursuant to Federal Rule of Civil Procedure § 1404(a), at a minimum. Brookstone denies all alleged patent infringement. To the extent any remaining allegations of paragraph 2 are directed at or to Brookstone, they are denied. To the extent any allegations of paragraph 2 are directed at the other named defendants, Brookstone lacks sufficient knowledge or information to form a belief as to the truth of the allegations and therefore denies them.

3.      Brookstone denies that the action *Geomas (International), Ltd., et al. v. Idearc Media Services-West, Inc., et al.*, C.A. No. 2:06-cv-475-CE establishes venue for the purposes of the current proceeding. To the extent any remaining allegations of paragraph 3 are directed at or to Brookstone, they are denied. To the extent any allegations of paragraph 3 are directed at the other named defendants, Brookstone lacks sufficient knowledge or information to form a belief as to the truth of the allegations and therefore denies them.

## COUNT I
## ALLEGED INFRINGEMENT OF U.S. PATENT NO. 5,930,474

4.      Brookstone admits that U.S. Patent No. 5,930,474 (the "'474 patent") appears to be entitled "Internet Organizer for Accessing Geographically and Topically Based Information" and that it appears to bear an issuance date of July 27, 1999. Brookstone denies that the '474 patent was "duly and legally issued." To the extent paragraph 4 contains any additional allegations or averments, they are denied.

5. Brookstone is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 5 of the Amended Complaint, and therefore denies them.

6. Brookstone is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 6 of the Amended Complaint, and therefore denies them.

7. Brookstone denies all alleged patent infringement. To the extent any remaining allegations of paragraph 7 are directed at or to Brookstone, they are denied. To the extent any allegations of paragraph 7 are directed at the other named defendants, Brookstone lacks sufficient knowledge or information to form a belief as to the truth of the allegations and therefore denies them.

8. Brookstone is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 8 of the Amended Complaint, and therefore denies them.

9. Brookstone is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 9 of the Amended Complaint, and therefore denies them.

10. Brookstone is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 10 of the Amended Complaint, and therefore denies them.

11. Brookstone is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 11 of the Amended Complaint, and therefore denies them.

12. Brookstone is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 12 of the Amended Complaint, and therefore denies them.

13. Brookstone is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 13 of the Amended Complaint, and therefore denies them.

14. Brookstone is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 14 of the Amended Complaint, and therefore denies them.

15. Brookstone is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 15 of the Amended Complaint, and therefore denies them.

16. Brookstone denies that Brookstone Company, Inc. operates the website at www.brookstone.com. The website is operated by Brookstone Stores, Inc., a corporation organized and existing under the laws of the state of New Hampshire with its principal place of business located at One Innovation Way, Merrimack, NH 03054. Further, Brookstone denies any and all alleged infringement related to the operation of the website www.brookstone.com. Brookstone denies any other remaining allegations and/or averments in paragraph 16.

17. Brookstone is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 17 of the Amended Complaint, and therefore denies them.

18. Brookstone is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 18 of the Amended Complaint, and therefore denies them.

19. Brookstone is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 19 of the Amended Complaint, and therefore denies them.

20. Brookstone is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 20 of the Amended Complaint, and therefore denies them.

21. Brookstone is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 21 of the Amended Complaint, and therefore denies them.

22. Brookstone is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 22 of the Amended Complaint, and therefore denies them.

23. Brookstone is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 23 of the Amended Complaint, and therefore denies them.

24. Brookstone is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 24 of the Amended Complaint, and therefore denies them.

25. Brookstone is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 25 of the Amended Complaint, and therefore denies them.

26. Brookstone is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 26 of the Amended Complaint, and therefore denies them.

27. Brookstone is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 27 of the Amended Complaint, and therefore denies them.

28. Brookstone is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 28 of the Amended Complaint, and therefore denies them.

29. Brookstone is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 29 of the Amended Complaint, and therefore denies them.

30. Brookstone is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 30 of the Amended Complaint, and therefore denies them.

31. Brookstone is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 31 of the Amended Complaint, and therefore denies them.

32. Brookstone is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 32 of the Amended Complaint, and therefore denies them.

33. Brookstone is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 33 of the Amended Complaint, and therefore denies them.

34. Brookstone is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 34 of the Amended Complaint, and therefore denies them.

35. Brookstone is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 35 of the Amended Complaint, and therefore denies them.

36. Brookstone is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 36 of the Amended Complaint, and therefore denies them.

37. Brookstone is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 37 of the Amended Complaint, and therefore denies them.

38. Brookstone is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 38 of the Amended Complaint, and therefore denies them.

39. Brookstone is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 39 of the Amended Complaint, and therefore denies them.

40. Brookstone is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 40 of the Amended Complaint, and therefore denies them.

41. Brookstone is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 41 of the Amended Complaint, and therefore denies them.

42. Denied as to Brookstone. To the extent that allegations are directed to other named defendants, Brookstone lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 42 and therefore denies them.

43. Brookstone denies any and all alleged infringement, including, but not limited to, willful infringement. To the extent that there are other allegations and/or averments pertaining to Brookstone in paragraph 43, they are denied. To the extent the allegations of paragraph 43 are directed at the other named defendants, Brookstone lacks sufficient knowledge or information to form a belief as to the truth of the allegations and therefore denies them.

## PRAYER FOR RELIEF

Brookstone denies that Plaintiff is entitled to any of the requested relief and denies any allegations and/or averments in Plaintiff's prayer for relief.

## DEMAND FOR JURY TRIAL

Brookstone admits that Plaintiff has demanded a jury trial. To the extent that this paragraph contains any allegations and/or averments directed to Brookstone, they are denied.

## BROOKSTONE COMPANY, INC.'S AFFIRMATIVE DEFENSES

Upon information and belief, Brookstone alleges and asserts the following defenses, affirmative or otherwise, without assuming any burden of proof that it would not otherwise have. In addition to the affirmative defenses described below and subject to its responses above, Brookstone specifically reserves all rights to allege additional defenses that become known through the course of discovery.

### FIRST AFFIRMATIVE DEFENSE: Non-Infringement

Brookstone does not infringe and has not infringed any claim of the '474 patent, directly, indirectly, and/or in any alleged way.

### SECOND AFFIRMATIVE DEFENSE: Invalidity

The claims of the '474 patent are invalid for failure to satisfy one or more of the requirements of Title 35 of the United States Code, including but not limited to §§ 101, 102, 103, and/or 112, *et seq*.

### THIRD AFFIRMATIVE DEFENSE: Waiver, Acquiescence and/or Consent

Plaintiff's claims of infringement under the '474 patent are barred, in whole or in part, by the doctrines of waiver, acquiescence and/or consent.

### FOURTH AFFIRMATIVE DEFENSE: Laches

Plaintiff's claims of infringement under the '474 patent are barred, in whole or in part, by the doctrine of laches.

### FIFTH AFFIRMATIVE DEFENSE: Estoppel

Plaintiff's claims of infringement under the '474 patent are barred, in whole or in part, by the doctrines of estoppel.

### SIXTH AFFIRMATIVE DEFENSE: Bar to Damages

Plaintiff's claims for damages are barred, in whole or in part, under 35 U.S.C. § 286 (six year limitation) and 35 U.S.C. § 287 (marking).

### SEVENTH AFFIRMATIVE DEFENSE: Failure to State a Claim

Plaintiff's Amended Complaint fails to state a claim upon which relief can be granted, including, but not limited to, because Plaintiff's Amended Complaint fails to meet the standard for pleading set by the Supreme Court in *Ashcroft v. Iqbal*, *Bell Atlantic Corp. v. Twombly*, and their progeny.

### EIGHTH AFFIRMATIVE DEFENSE: No Injunctive Relief

Plaintiff is not entitled to any injunctive relief as it has, at a minimum, an adequate remedy at law and no irreparable alleged injury.

### COUNTERCLAIMS

Pursuant to Rule 13 of the Federal Rules of Civil Procedure, Brookstone Company, Inc. ("Brookstone") asserts the following Counterclaims against Plaintiff GeoTag, Inc. ("Geotag"):

### THE PARTIES

1.      Counterclaim-Plaintiff Brookstone is a corporation organized and existing under the laws of the state of Delaware with its principal place of business located at One Innovation Way, Merrimack, NH 03054.

2.      Counterclaim-Defendant GeoTag purports to be a Delaware corporation with its principal place of business in Plano, Texas.

### JURISDICTION AND VENUE

3.      Subject to Brookstone's affirmative defenses and denials, Brookstone alleges that this Court has jurisdiction over the subject matter of these Counterclaims under, without

limitation, 28 U.S.C. §§ 1331, 1367, 1338(a), 2201, and 2202, and venue for these Counterclaims is proper in this district.

4. This Court has personal jurisdiction over GeoTag.

## FACTUAL BACKGROUND

5. In its Amended Complaint for Patent Infringement, GeoTag asserts that Brookstone has infringed the '474 patent. Brookstone denies GeoTag's allegations of infringement and further denies that the '474 patent is valid. Consequently, there is an actual case or controversy between the parties over the non-infringement and/or invalidity of the '474 patent.

## COUNT ONE

### Declaratory Judgment of Non-Infringement of the '474 Patent

6. Brookstone restates and incorporates by reference its allegations in paragraphs 1 through 5 of its Counterclaims.

7. An actual case or controversy exists between Brookstone and GeoTag as to whether the '474 patent is not infringed by Brookstone.

8. Brookstone seeks a judicial declaration finding that Brookstone has not infringed and does not infringe, directly or indirectly, any claim of the '474 patent.

## COUNT TWO

### Declaratory Judgment of Invalidity of the '474 Patent

9. Brookstone restates and incorporates by reference its allegations in paragraphs 1 through 8 of its Counterclaims.

10. An actual case or controversy exists between Brookstone and GeoTag as to whether the '474 patent is invalid.

11.     Brookstone seeks a judicial declaration finding that the '474 patent is invalid for failure to meet the conditions of patentability and/or otherwise comply with the requirements of Title 35, including but not limited to, §§ 101, 102, 103, and/or 112.

### PRAYER FOR RELIEF

WHEREFORE, Defendant / Counterclaim-Plaintiff Brookstone Company, Inc. prays for judgment as follows:

a.  A judgment in favor of Brookstone denying Plaintiff all relief requested in its Amended Complaint in this action and dismissing same with prejudice;

b.  A judgment in favor of Brookstone on all of its counterclaims;

c.  A judgment in favor of Brookstone on all of its affirmative defenses;

d.  A declaration that Brookstone has not infringed, either directly or indirectly, any valid claim(s) of the '474 patent;

e.  A declaration that the '474 patent is invalid;

f.  An award to Brookstone of its reasonable costs and expenses of litigation, including attorneys' fees and expert witness fees; and

g.  Such other and further relief as this Court deems just and proper.

### DEMAND FOR JURY TRIAL

In accordance with Rule 38 of the Federal Rules of Civil Procedure and Local Rule CV-38, Brookstone respectfully demands a jury trial of all issues triable to a jury in this action.

Dated: March 23, 2011

Respectfully submitted,

*/s/ Allen F. Gardner*
Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com
**POTTER MINTON**
A Professional Corporation
110 N. College Ave., Suite 500
Tyler, Texas  75702
Tel: (903) 597 8311
Fax: (903) 593 0846

**ATTORNEYS FOR BROOKSTONE COMPANY, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service and are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on March 23, 2011.  Any other counsel of record will be served by First Class U.S. mail on this same date.

*/s/ Allen F. Gardner*
Allen F. Gardner