IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| GEOTAG, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:10-CV-00570 |
| | § | |
| AROMATIQUE, INC., et al., | § | |
| | § | |
| Defendants. | § | |

## DEFENDANT AROMATIQUE, INC.'S
## CERTIFICATE OF INTERESTED PARTIES

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and the Court's Order of April 12, 2012 (Dkt. No. 432), Defendant Aromatique, Inc. ("Defendant") files this Certificate of Interested Parties. Consistent with Defendant's Corporate Disclosure Statement filed in this matter on March 25, 2011 (Dkt. No. 198), the following parties are financially interested in this litigation:

**Aromatique, Inc.**

If Defendant identifies any other party that is financially interested in the outcome of this litigation, Defendant will promptly file an amended certificate with the clerk as ordered by the Court.

Dated: April 27, 2012

        Respectfully submitted,

        /s/ Brian C. McCormack
        Mark D. Taylor
        Texas Bar No. 19713250
        mark.taylor@bakermckenzie.com
        Brian C. McCormack
        Texas Bar No. 00797036
        brian.mccormack@bakermckenzie.com
        BAKER & MCKENZIE LLP
        2300 Trammell Crow Center
        2001 Ross Avenue
        Dallas, TX  75201
        Tel. (214) 978-3000
        Fax (214) 978-3099

        COUNSEL FOR DEFENDANT
        AROMATIQUE, INC.

## CERTIFICATE OF SERVICE

    I hereby certify that on the 27th day of April, 2012, a true and correct copy of the foregoing Certificate of Interested Parties was served on all parties of record via the Court's ECF filing system.

        /s/ Brian C. McCormack
        Brian C. McCormack

DALDMS/711205.1