IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **GEOTAG, INC.,**<br><br>v.<br><br>**AROMATIQUE, INC.,** *et al.*, | **2:10-cv-570** |
| **GEOTAG, INC.,**<br><br>v.<br><br>**STARBUCKS CORP.,** *et al.*, | **2:10-cv-572** |
| **GEOTAG, INC.,**<br><br>v.<br><br>**RENT-A-CENTER, INC.,** *et al.*, | **2:10-cv-573** |
| **GEOTAG, INC.,**<br><br>v.<br><br>**THE WESTERN UNION COMPANY,** e*t al.*, | **2:10-cv-574** |
| **GEOTAG, INC.,**<br><br>v.<br><br>**ESPRIT US RETAIL LIMITED** | **2:12-cv-462** |
| **GEOTAG, INC.,**<br><br>v.<br><br>**HUGO BOSS FASHION INC.** | **2:12-cv-473** |

| | |
|---|---|
| **GEOTAG, INC.,**<br><br>v.<br><br>**HEELY'S INC.** | **2:12-cv-487** |

**DEFENDANTS' NOTICE OF COMPLIANCE**
**WITH SCHEDULING AND DISCOVERY ORDER**

In compliance with Section II, Subparagraph 1 of the Court's August 3, 2012 Scheduling and Discovery Order (*see e.g.*, Case No. 2:10-cv-570 at Dkt. No. 465), the under-signed Defendants respectfully provide notice that on August 17, 2012, they complied with said Order in regard to the following deadlines:

- Serving initial disclosures; and

- Serving invalidty contentions (P.R. 3-3 and 3-4).

Dated: August 20, 2012                                Respectfully submitted,

*/s/ Brian C. McCormack*
Mark D. Taylor
Texas Bar No. 19713250
mark.taylor@bakermckenzie.com
Brian C. McCormack
Texas Bar No. 00797036
brian.mccormack@bakermckenzie.com
Andrew C. Moreton
Texas Bar No. 24074755
andrew.moreton@bakermckenzie.com
BAKER & MCKENZIE LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, TX 75201
Tel. (214) 978-3000
Fax (214) 978-3099

**COUNSEL FOR DEFENDANTS**
**NEW ALBERTSON'S, INC.; AROMATIQUE, INC.; AS AMERICA, INC.; BOB EVANS FARMS, INC.; BOB EVANS RESTAURANTS OF MICHIGAN, LLC; CEC ENTERTAINMENT, INC.; CEC ENTERTAINMENT CONCEPTS, L.P.; ESPRIT US RETAIL LIMITED; HEELING SPORTS, LTD.; HUGO BOSS FASHIONS, INC.; LITTLE CAESAR ENTERPRISES, INC.; PIGGLY WIGGLY, LLC; and QUEST DIAGNOSTICS INCORPORATED**

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on August 20, 2012, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

               */s/ Brian C. McCormack*
               Brian C. McCormack