## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| GEOTAG, INC.,<br><br>    **Plaintiff,**<br><br>v.<br><br>AROMATIQUE, INC.; *et al.*,<br><br>    **Defendants.** | **2:10-cv-00570-MHS** |

### STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE OF AVON PRODUCTS, INC.

Plaintiff GeoTag Inc. and Defendant Avon Products, Inc., pursuant to FED. R. CIV. P. 41(a)(2) and (c), hereby move for an order dismissing WITH PREJUDICE all claims and counterclaims asserted between them in this action with each Party to bear its own costs, expenses and attorneys' fees.

DATED November 9, 2012.                    Respectfully submitted,


                        */s/ David R. Bennett*
By:   David R. Bennett
       Direction IP Law
       P.O. Box 14184
       Chicago, IL 60614-0184
       Telephone: (312) 291-1667
       e-mail:  dbennett@directionip.com

       Daniel Mount
       Kevin Pasquinelli
       Mount Spelman &Fingerman, PC
       333 West San Carlos Street
       Riverpark Tower, Suite 1650
       San Jose, CA 95110

Telephone: (408) 279-7000
e-mail: dan@mount.com
        kpasquinelli@mount.com

Craig Tadlock
Texas State Bar No. 00791766
Tadlock Law Firm
2701 Dallas Parkway, Suite 360
Plano, Texas 75093
Telephone: (903) 730-6789
e-mail: craig@tadlocklawfirm.com

**ATTORNEYS FOR PLAINTIFF
GEOTAG INC.**


_/s/ Allison H. Altersohn_ (with permission)
Allison H. Altersohn
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Phone: 212-556-2316
Fax: 212-556-2222
Email: aaltersohn@kslaw.com

Douglas R. McSwane , Jr.
State Bar No. 13861300
POTTER MINTON
110 N. College, Ste. 500
Tyler, TX 75702
Telephone: (903) 597-8311
Fax: (903) 593-0846
Email: dougmcswane@potterminton.com


**ATTORNEYS FOR DEFENDANT
AVON PRODUCTS, INC.**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 9th day of November, 2012, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

<u>/s/*David R. Bennett*___</u>
David R. Bennett