# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| GEOTAG, INC., <br><br> Plaintiff, <br><br> v. <br><br> AROMATIQUE, INC., et al. <br><br> Defendants. | Civil Action No. 2:10-CV-570-JRG |

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT AND COUNTERCLAIMANT BESTBUY.COM, LLC

Defendant and Counterclaimant BestBuy.com, LLC ("BestBuy" or "Defendant") hereby moves to withdraw Charlene M. Morrow, Patrick Premo, Hector Ribera, Kathleen Lu, and Brian Lahti of Fenwick & West, LLP, as attorneys of record for BestBuy in the above-captioned matter, and requests that they be removed from the CM/ECF noticing list and any other service lists in this case.

Other counsel of record for BestBuy will continue to represent this Defendant in this case for all remaining claims asserted by Plaintiff, as well as, any and all counterclaims asserted by BestBuy. Pursuant to Local Rule CV-11(d), BestBuy does not intend for this withdrawal to be the cause of any delay in this case. The undersigned counsel for BestBuy has conferred with counsel for Plaintiff, who does not oppose the relief requested in this motion. Thus, BestBuy respectfully requests that the Court withdraw Charlene M. Morrow, Patrick Premo, Hector Ribera, Kathleen Lu, and Brian Lahti as attorneys of record in this case.

- 2 -

Dated: May 31, 2013                    Respectfully submitted,


By: */s/ Patrick E. Premo*
    Patrick E. Premo
    CA Bar No. 184915 (Admitted E.D. Texas)
    ppremo@fenwick.com
    FENWICK & WEST LLP
    801 California Street
    Mountain View, CA  94041
    Telephone:  (650) 988-8500
    Facsimile:  (650) 938-5200

**Attorneys for**
**BestBuy.com, LLC**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on May 31, 2013.

*/s/ Patrick E. Premo*
Patrick E. Premo

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that on May 29, 2013 opposing counsel from parties relevant to the relief requested in this motion have conferred in compliance with Local Rule CV-7(h) and can certify that this motion is unopposed.

*/s/ Patrick E. Premo*
Patrick E. Premo