**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| GEOTAG, INC., <br><br> Plaintiff, <br><br> v. <br><br> AROMATIQUE, INC., et al. <br><br> Defendant. | Civil Action No. 2:10-CV-570-JRG |

### ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT AND COUNTERCLAIMANT BESTBUY.COM, LLC

Having considered the Unopposed Motion to Withdraw as Counsel by Defendant and Counterclaimant BestBuy.com, LLC the Court hereby GRANTS said Motion.

It is therefore ORDERED that Charlene M. Morrow, Patrick Premo, Hector Ribera, Kathleen Lu, and Brian Lahti are hereby withdrawn as counsel of record for BestBuy.com, LLC in the above-captioned matter.